IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROSA M. WILLIAMS-HOPKINS, on behalf of herself and those similarly situated, | : :  Case No. : |
| Plaintiffs, | : : |
| v. | : : |
| COLLECTION BUREAU OF THE HUDSON VALLEY, INC.; and JOHN DOES 1 to 10, | : : : |
| Defendants. | |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT** on this date, Defendant Collection Bureau of the Hudson Valley, Inc. ("CBHV") removes the above-captioned matter to this Court from the Superior Court of New Jersey, Law Division, Essex County, and, in support thereof, aver as follows:

1. CBHV is a defendant in a civil action initiated by Class Action Complaint on or about June 11, 2021, in the Superior Court of New Jersey, Law Division, Essex County, titled *Rosa M. Williams-Hopkins, on behalf of herself and those similarly situated, v. Collection Bureau of the Hudson Valley, Inc.; and John Does 1 to 10*, and docketed at Docket No. ESX-L-4624-21 ("State Court Action").

2. This removal is timely under 28 U.S.C. § 1446(b) as Defendant was served with Plaintiff's Complaint on or about June 17, 2021.

3. Pursuant to 28 U.S.C. § 1446, attached hereto as Exhibit A are copies of all process, pleadings, and orders received by Defendant in the State Court Action.

4. The United States District Court for the District of New Jersey has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, in that Plaintiff has filed claims against CBHV alleging violations of, *inter alia*, the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*.

5. CBHV will give written notice of the filing of this Notice of Removal to all adverse parties, or their counsel of record as required by 28 U.S.C. § 1446(d).

6. CBHV will file a true and correct copy of this Notice of Removal with the Clerk of the Superior Court of New Jersey, Law Division, Essex County, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant Collection Bureau of the Hudson Valley, Inc. removes this case to the United States District Court for the District of New Jersey.

Respectfully submitted,

**BARRON & NEWBURGER, P.C.**

By: */s/ Brit J. Suttell*
BRIT J. SUTTELL, ESQUIRE
10 Beatty Road, Suite 200
Media, PA 19063
(484) 999-4232
britjsuttell@bn-lawyers.com
Counsel for Defendant Collection Bureau of the Hudson Valley, Inc.

Dated: July 19, 2021

## **CERTIFICATE OF SERVICE**

I certify that on July 19, 2021, a true copy of the foregoing document was served on the persons below via electronic means:

Yongmoon Kim
Kim Law Firm LLC
411 Hackensack Avenue, Suite 701
Hackensack, New Jersey 07601
ykim@kimlf.com
*Counsel for Plaintiffs*

Clerk of the Court
Superior Court of New Jersey
Essex County, Law Division
50 W. Market St.
Newark, New Jersey 07102

**BARRON & NEWBURGER, P.C.**

By:   */s/ Brit J. Suttell*
BRIT J. SUTTELL, ESQUIRE
10 Beatty Road, Suite 200
Media, PA  19063
(484) 999-4232
britjsuttell@bn-lawyers.com
Counsel for Defendant Collection Bureau of the Hudson Valley, Inc.

Dated:  July 19, 2021